UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-80363-REINHART

SEVENET CEUS,

Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), et al.,

Defendants.

_____________________________________/

**ORDER ON DEFENDANTS' MOTION TO DISMISS [ECF No. 6]**

Plaintiff, Sevenet Ceus, initiated this action on March 18, 2025. In his Complaint, Plaintiff seeks adjudication of his April 2020, I-751 Petition to Remove Conditions on his Permanent Resident Card. ECF No. 1. On April 23, 2025, the United States Citizenship and Immigration Services approved the April 2020 I-751 Petition. ECF No. 6.

Defendants now move to dismiss this action as moot in light of the approved petition. *Id.* I took Defendants' Motion under advisement and ordered Mr. Ceus to show cause why the case should not be dismissed. The deadlines to show cause and respond to Defendants' Motion to Dismiss have since expired.

Upon review of the record and in light of the approved petition, there appears no Article III case or controversy left for the Court to remedy. *Coral Springs St. Sys., Inc. v. City of Sunrise*, 371 F.3d 1320, 1327 (11th Cir. 2004) (citing *Lujan v. Defenders*

*of Wildlife*, 504 U.S. 555, 559 (1992). Therefore, the Court lacks subject matter jurisdiction over the matter. *Id.*

Accordingly, Defendants' Motion to Dismiss is GRANTED and the case is DISMISSED as MOOT

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 10th day of June 2025.

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE