UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-80363-REINHART

SEVENET CEUS,

Plaintiff,

v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES (USCIS), et al.,

Defendants.
_______________________________________/

**ORDER OF CLOSE-OUT**

Pursuant to the Court's Order granting Defendants' Motion to Dismiss (ECF No. 10) it is hereby

**ORDERED AND ADJUDGED** all pending motions are **DENIED AS MOOT** and the Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers this 15th day of July, 2025, at West Palm Beach in the Southern District of Florida.

_______________________________________
BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE